**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-cv-60723-KMW**

JAMES GREEN,

      Plaintiff,

vs.

SGT. WILLIAMS, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 13) on Plaintiff's amended complaint filed pursuant to 42 U.S.C. § 1983 (DE 8).  Plaintiff did not file objections to the Report and the time to do so has now passed.  Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 13) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's First Amendment retaliation claim against Defendant Hankerson, in his individual capacity, shall **PROCEED**.

3. Plaintiff's Eighth Amendment claim of unsanitary conditions of confinement against Defendant Hankerson, in his individual capacity, shall **PROCEED**.

4. Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

5. Defendant Sergeant Williams is **TERMINATED** from this action.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of December 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

James Green
222000068
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310

2